IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL GO BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-106-D |
| ) | |
| STAPLES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff, appearing pro se, brought the present action and sought leave to proceed in forma pauperis. The matter was referred to United States Magistrate Judge Gary Purcell for initial proceedings consistent with 28 U.S.C. § 636(b). On February 5, 2018, Judge Purcell issued a Report and Recommendation (R&R) [Doc. No. 3] in which he recommended that Plaintiff's motion be denied because he had sufficient financial resources to pay the filing fee. Judge Purcell directed that any objections to the R&R were to be filed by February 26, 2018, and advised Plaintiff that the failure to timely object would waive appellate review of the ruling. To date, Plaintiff has neither objected to the R&R nor sought an extension of time to do so.

Accordingly, the R&R is **ADOPTED** as though fully set forth herein. Plaintiff is directed to pay the full filing fee to the Court Clerk by **March 19, 2018** or this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 5th day of March 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE